# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW WHITFIELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-02583-DG-MMH ) ) |
| PLANTRONICS, INC., ROBERT C. HAGERTY, MARV TSEU, DAVE SHULL, KATHY CRUSCO, BRIAN DEXHEIMER, GREGGORY HAMMANN, GUIDO JOURET, TALVIS LOVE, MARSHALL MOHR, DANIEL MOLONEY, AND YAEL ZHENG, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 28, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*